**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| GRADY KITTRELL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG ALLEN, *et al.*,<br><br>Defendants. | Civil Action No.<br>1:24-cv-00786-SDG |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL OF WIFE AND KIDS' COUNTERCLAIM FOR DEFAMATION**

Defendants Melissa Tarkenton-Allen, Mary Elaine Allen, Teddy Allen, Charlotte Allen, and Ben Allen (collectively "Wife and Kids") and Plaintiffs hereby stipulate that, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), Wife and Kids voluntarily dismiss their counterclaim for defamation with prejudice.

Respectfully submitted this 29th day of September 2026.

**Quintairos, Prieto, Wood & Boyer, P.A.**

/s/ *Jeffrey Melcher*
Jeffrey W. Melcher
Georgia Bar No. 501180
365 Northridge Road
Suite 230
Atlanta, GA 30350
T: 770.650.8737
Jeffrey.melcher@qpwblaw.com
*Counsel for Plaintiffs*

**COHAN & LEVY**

/s/ *Louis R. Cohan*
Louis R. Cohan
Georgia Bar No. 173357
Erin Smith
Georgia Bar No. 854234
3340 Peachtree Rd.,
Tower Place 100, Suite 2570
Atlanta, GA 30326
T: 404.891.1770
lcohan@cohanlevy.com
esmith@cohanlevy.com

*Counsel for Defendants Melissa Tarkenton-Allen, Mary Elaine Allen, Teddy Allen, Charlotte Allen, and Ben Allen*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| GRADY KITTRELL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG ALLEN, et al.,<br><br>Defendants. | Civil Action No.<br>1:24-cv-00786-SDG |

**CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1C. This pleading has been prepared in Times New Roman 14-point font.

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed this ***Joint Stipulation of Voluntary Dismissal of Wife and Kids' Counterclaim for Defamation*** using the ECF system which will automatically send e-mail notification to all counsel of record signed up for the service.

Respectfully submitted this 29th day of May 2026.

**COHAN & LEVY**

*/s/ Louis R. Cohan*
Louis R. Cohan
Georgia Bar No. 173357
Erin Smith

___________________________________
Georgia Bar No. 854234
3340 Peachtree Rd.,
Tower Place 100, Suite 2570
Atlanta, GA 30326
T: 404.891.1770
lcohan@cohanlevy.com
esmith@cohanlevy.com
*Counsel for Defendants Melissa Allen, Mary Elaine Allen, Teddy Allen, Charlotte Allen, and Ben Allen*